### WATTS cont<sup>a</sup> GOVER

In° Watts plaint. cont<sup>a</sup> William Gover Defend<sup>t</sup> in an action of debt of ten pounds Fourteen Shillings and nine pence due to the plaint. according to bill. dat<sup>d</sup> 7th Novemb<sup>r</sup> 66. w<sup>th</sup> interest and damages: . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court allow<sup>d</sup> twenty Shillings.

### BEAMENT cont<sup>a</sup> WELDEN

Gamaliel Beament of Dorchester plaint. cont<sup>a</sup> Daniel Welden Defend<sup>t</sup> in an action of debt for Seven pound Fourteen Shillings and two pence due by bill dat<sup>d</sup> 3<sup>d</sup> Iune last, to bee p<sup>d</sup> in currant money w<sup>th</sup> damages &c<sup>a</sup> [ 615 ]. . . . The Iury . . . found for the plaint. Seven pounds Fourteen Shillings two pence in currant pay and costs of Court allow<sup>d</sup> Forty one Shillings ten pence.

Execution issued 8° nov<sup>r</sup> 1679.